O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-04949 AHM (AJWx) | Date | August 5, 2009 |
|---|---|---|---|
| Title | JORGE AQUINO v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

On July 28, 2009, this Court issued an Order to Show Cause why this removed case should not be remanded for lack of diversity jurisdiction. For good cause shown, the Order to Show Cause[1] is hereby DISCHARGED.

                                                                                           :
                                                                    Initials of Preparer          SMO

---

[1] Docket No. 8.